UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:13-cr-00090-SNLJ |
| MARIO T. EVANS, | ) ) ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court for case review. On June 28, 2024, this Court granted the Government's Motion to Hold the Case in Abeyance Pending Decisions from the Eighth Circuit Court of Appeals in *Crandall* and *Loggins* (Docs. 160, 162). While the Court awaits those decisions, however, there are matters pending on the docket that can be ruled on without addressing the merits of the pending motion for compassionate release.

In that regard, the Court will deny as moot the Motion for Reconsideration of the Court's August 4, 2021 Order denying defendant's third motion for compassionate release (Doc. 152) in light of the pending motion for compassionate release. The Motion to Withdraw filed by Attorney Amanda Altman (Doc. 155) will be withdrawn at her request (Doc. 156). And, the Motion for Leave to File Supplemental Motion for Compassionate Release (Doc. 156) will be granted.

Additionally, the Court notes that Defendant Evans has filed *pro se* pleadings despite being represented by counsel. The most recent pleading is entitled "Rule 60(b) Motion" in which he seeks "immediate release" from custody based on Federal Rule of

Civil Procedure 60 (b) (Doc. 163). Rule 60(b) pertains to relief from a judgment or order in a *civil* case and is not applicable to a judgment in a criminal proceeding. As such, the motion will be denied with the exception that his request for a copy of the docket sheet will be granted.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that the Motion for Reconsideration (Doc. 152) is **DENIED as moot**.

**IT IS FURTHER ORDERED** that the Motion to Withdraw filed by Attorney Amanda Altman (Doc. 155) is **WITHDRAWN** at her request (Doc. 156).

**IT IS FURTHER ORDERED** that the Motion for Leave to File Supplemental Motion for Compassionate Release (Doc. 156) is **GRANTED,** and counsel is **DIRECTED** to file the Supplemental Motion for Compassionate Release (Doc. 156-1).

**IT IS FURTHER ORDERED** that the Rule 60(B) Motion (Doc. 163) is **DENIED**.

**IT IS FINALLY ORDERED** that Defendant's request for a copy of the docket sheet is **GRANTED** and the Clerk of Court is **DIRECTED** to send him a copy of the docket sheet.

**SO ORDERED** on this 23rd day of September, 2024.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE